JULIUS FREIBERG et al., Respondents, v. ROSANNA BRANIGAN, Appellant.

(Argued October 13, 1880 ; decided November 9, 1880.)

REPORTED below (18 Hun, 344).

*Thomas Nolan* for appellant.

*Wm. Montgomery, Jr.,* for respondents.

Agrée to affirm without opinion.
All concur.
Judgment affirmed.